IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFRED P. PERETTI, et al.,<br><br>    Defendants. | NO. C05-0617 TEH<br><br>ORDER REOPENING CASE<br>AND SETTING CASE<br>MANAGEMENT CONFERENCE |

On October 7, 2005, this Court entered an order of dismissal following the parties' notification that they had reached a settlement. The Court's order provided that the case would be restored to calendar to be set for trial if, within ninety days, any party certified to the Court that the agreed consideration for the settlement had not been delivered.

Plaintiff United States of America filed such a certification on January 5, 2006, the ninetieth day following the Court's dismissal. Accordingly, IT IS HEREBY ORDERED that the Clerk shall reopen this case, and that the parties shall appear for a case management conference on **Monday, March 6, 2006, at 1:30 PM**. The parties shall meet and confer and file a joint case management conference statement on or before **Monday, February 27, 2006.** If consideration for the settlement is delivered prior to that date, the parties shall so inform the Court in a joint statement, and this case shall be closed. If consideration for the settlement is not delivered, then the parties shall be prepared to proceed to trial as soon after the March 6, 2006 case management conference as the Court's calendar will allow.

**IT IS SO ORDERED.**

Dated: 01/06/06

             THELTON E. HENDERSON, JUDGE
             UNITED STATES DISTRICT COURT