

Michael J. Low (CA SBN 178517)
Debbie L. Yee (CA SBN 225602)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, California 94596
(925) 930-6000 phone
(925) 934-5377 fax
mlow@youngman.com email

Attorneys for Defendants
Alfred P. Peretti and Pauline Peretti

YOUNGMAN, ERICSSON & LOW, LLP
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED P. PERETTI; PAULINE PERETTI;<br>MARK PERETTI; STATE OF<br>CALIFORNIA, FRANCHISE TAX BOARD;<br>and EMC MORTGAGE CORPORATION,<br><br>Defendants. | Case No. C-05-0617 TEH<br>~~(PROPOSED)~~<br>**STIPULATION AND ORDER RE<br>CONTINUANCE OF CASE<br>MANAGEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between the parties herein, through their attorneys of record, that the Case Management Conference, presently set for March 6, 2006 at 1:30 p.m. in the above-entitled courtroom, is continued to April 24, 2006 at 1:30 p.m.

The reason for said continuance is due to the fact that Michael J. Low, attorney for defendants Peretti, has a trial in the U.S. District Court in the case of Roulac, et al. v. U.S., Case No. C-04-2671-JSW commencing on March 6, 2006.

Dated: February 3, 2006                           YOUNGMAN, ERICSSON & LOW, LLP


                                                  _____
                                                  MICHAEL J. LOW
                                                  Attorneys for Defendants
                                                  Alfred P. Peretti and Pauline Peretti

1
STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
— C-05-0617 TEH

YOUNGMAN, ERICSSON & LOW, LLP
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## ORDER

The Case Management Conference, presently set for March 6, 2006 at 1:30 p.m., is

continued to April 24, 2006 at 1:30 p.m. in courtroom 12, the Honorable Thelton E.

Henderson, Judge.

**IT IS SO ORDERED.**

Date: __02/16/06__

Thelton E. Henderson, Judge
U. S. District Court

3

STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
— C-05-0617 TEH