Michael J. Low (CA SBN 178517)
Debbie L. Yee (CA SBN 225602)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, California 94596
(925) 930-6000 phone
(925) 934-5377 fax
mlow@youngman.com email

Attorneys for Defendants
Alfred P. Peretti and Pauline Peretti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED P. PERETTI; PAULINE PERETTI; MARK PERETTI; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and EMC MORTGAGE CORPORATION,<br><br>Defendants. | Case No. C-05-0617 TEH<br><br>**DECLARATION OF MARK S. ERICSSON AND REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date: April 24, 2006**<br>**Time: 1:30 p.m.**<br>**Courtroom 12 TEH** |

I, Mark S. Ericssson declare:

I am an attorney at law, licensed to practice in all courts in the State of California, and am a partner in the law firm of Youngman, Ericsson & Low, LLP, the attorneys of record for Alfred P. Peretti and Pauline Peretti. The attorney handling this case is Michael J. Low, one of my partners.

On April 20, 2006 Mr. Low telephoned this office from Chicago, Illinois, stating that on the evening of April 19, 2006 he fell and injured his ankle. He is immobile and it is my understanding that the doctor ordered him to stay off his foot, except for necessary movement. Unless necessary, he should not be using crutches.

On April 20, 2006 Mr. Low's secretary telephoned Clerk of Courtroom 12 requesting a

1 | continuance or a telephone appearance.

Mr. Low is the only attorney in this office sufficiently familiar with this case and has requested a telephonic appearance on Monday, April 24, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2006 at Walnut Creek, California.


MARK S. ERICSSON
YOUNGMAN, ERICSSON & LOW, LLP
Attorneys for Alfred P. Peretti and Pauline Peretti

## ORDER

The Case Management Conference, presently set for April 24, 2006 at 1:30 p.m. in courtroom 12, the Honorable Thelton E. Henderson, presiding, hereby grants the defendants' attorneys' request for a telephonic appearance. The telephone number to access this request is:_____.

**IT IS SO ORDERED.**



_____
Thelton E. Henderson, Judge
U.S. District Court

.doc



YOUNGMAN, ERICSSON & LOW, LLP
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

---

2
DECLARATION OF MARK S. ERICSSON AND REQUEST FOR TELEPHONIC APPEARANCE
CASE MANAGEMENT CONFERENCE
— C-05-0617 TEH