```
KEVIN V. RYAN  (CSBN 118321)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6935
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>        v.                    )<br>                              )<br>ALFRED P. PERETTI, et al.,    )<br>                              )<br>        Defendants.           )<br>_____) | Case No. C-05-0617-TEH<br><br>CASE MANAGEMENT STATEMENT<br>AND REQUEST FOR CONTINUANCE<br><br>TIME: 1:30 p.m.<br>DATE: July 17, 2006<br>PLACE: COURTROOM 12, 19th FLOOR |

Pursuant to the Court's case management order, the parties submit this joint case management conference statement.

1. **STATUS OF THE CASE**

Since the last case management conference, the United States of America has negotiated a proposed settlement with Alfred and Pauline Peretti and Mark Peretti. The Department of Justice officials considering the offer have required two generations of revisions concerning details and implementation of the proposed settlement. The Peretti defendants have agreed to the revisions to the proposed settlement. The Peretti defendants' agreements to the additional terms has been forwarded to the Department of Justice. Counsel for the government is awaiting final approval of the settlement for authority to settle this matter.

///

///

Page 1

2. **REQUEST TO CONTINUE STATUS CONFERENCE**

Because the Peretti defendants' settlement offer is under review, the parties request that the Case Management Conference be continued to 1:30 p.m. on August 14, 2006.

| | |
|---|---|
| BILL LOCKYER<br>Attorney General State of California | KEVIN V. RYAN<br>United States Attorney |
| /s/ Kristian D. Whitten<br>KRISTIAN D. WHITTEN<br>Attorneys for Defendant<br>California Franchise Tax Board | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Plaintiff |
| /s/ Basil Boutris<br>BASIL BOUTRIS<br>Attorney for Mark Peretti | Michael Low<br>MICHAEL LOW<br>Attorney for Alfred and Pauline Peretti |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case management conference shall be continued to Monday, Aug. 14, 2006 at 1:30 p.m. The parties shall file a joint case management conference statement on or before Aug. 7, 2006. If this case has fully settled prior to the date of the case management conference, no appearances shall be necessary.

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 07/07/06