1  KEVIN V. RYAN (CSB 118321)
   United States Attorney
2  JAY R. WEILL  (CSB 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASB 4305-078T)
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-6935

7  Attorneys for the United States of America

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  **UNITED STATES OF AMERICA,**            )
                                             )   **Case No.  C-05-0617-TEH**
12           **Plaintiff,**                  )
                                             )
13       **v.**                              )   **STIPULATION FOR ENTRY OF**
                                             )   **JUDGMENT AGAINST ALFRED**
14  **ALFRED P. PERETTI; PAULINE**           )   **AND PAULINE PERETTI AND**
    **PERETTI; MARK PERETTI; STATE OF**      )   [~~PROPOSED~~] **ORDER THEREON**
15  **CALIFORNIA, FRANCHISE TAX BOARD;**     )
    **and EMC MORTGAGE CORPORATION**         )
16                                           )
             **Defendants.**                 )
17  _____ )

18       The United States of America, by its undersigned counsel, and Alfred P. Peretti and

19  Pauline Peretti, by their undersigned counsel, stipulate and hereby agree that Judgement shall be

20  entered against Alfred P. Peretti and Pauline Peretti for the following amounts and liabilities:

21       1.    Income taxes for the 1981 tax year in the amount of $44,450, plus statutory

22  interest and penalties computed from December 27, 2004, until paid;

23       2.    Income taxes for the 1982 tax year in the amount of $159.951.27, plus statutory

24  interest and penalties computed from December 27, 2004, until paid;

25       3.    Income taxes for the 1990 tax year in the amount of $246,529.41, plus statutory

26  interest and penalties computed from December 27, 2004, until paid;

27       4.    Income taxes for the 1991 tax year in the amount of $175,114.54, plus statutory

28  interest and penalties computed from December 27, 2004, until paid;

1       5.     Income taxes for the 1992 tax year in the amount of $23.720.64, plus statutory

2  interest and penalties computed from December 27, 2004, until paid;

3       6.     Income taxes for the 1995 tax year in the amount of $22,074.61, plus statutory

4  interest and penalties computed from December 27, 2004, until paid;

5       7.     Income taxes for the 1997 tax year in the amount of $8,629.29, plus statutory

6  interest and penalties computed from December 27, 2004, until paid;

7       8.     Income taxes for the 1998 tax year in the amount of $19,577.43, plus statutory

8  interest and penalties computed from December 27, 2004, until paid;

9       9.     That Count V of the complaint be dismissed without prejudice;

10       10.     The California Franchise Tax Board be dismissed without prejudice; and

11       11.     Each party to bear their own costs of litigation, including attorney fees.

KEVIN V. RYAN
United States Attorney

/s/
MICHAEL J. LOW
Attorney for Defendants
Alfred P. Peretti and Pauline Peretti

THOMAS MOORE
Assistant United States Attorney
Tax Division

BILL LOCKYER
Attorney General of the State of California

/s/
BASIL BOUTRIS
Attorney for Defendant
Mark Peretti

/s/
KRISTIAN D.WHITTEN
Deputy Attorney General
Attorney for State of California Franchise
Tax Board

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 08/07/06

UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

STIP. FOR ENTRY OF JUDGMENT
AND ORDER THEREON  (No. C05-0617-TEH)